■ BELHARA ASSOCIATES LIMITED PARTNERSHIP et al., Respondents, v RICHARD E. HUNT, Appellant.—Order and judgment of the Supreme Court, New York County (Myriam Altman, J.), entered on or about April 23, 1990 and May 20, 1990, respectively, unanimously affirmed for the reasons

stated by Myriam Altman, J., without costs. No opinion. Concur—Milonas, J. P., Rosenberger, Kassal and Rubin, JJ.